O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 03-4818 AHM (PLAx) | Date | June 17, 2008 |
|---|---|---|---|
| Title | CLASSIFIED COSMETICS v. DEL LABORATORIES INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court will permit additional simultaneous briefing on the issue of whether the presence of more than two vitamins in Del's formulas precludes literal infringement, assuming a single vitamin satisfies "a compound comprising a. . .vitamin." The briefs may reference only the existing evidentiary record. The briefs shall not exceed five pages each and must be filed by not later than June 27, 2008. No response briefs will be permitted.

: 

Initials of Preparer     SMO