O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 03-4818 AHM (PLAx) | Date | September 8, 2008 |
|---|---|---|---|
| Title | CLASSIFIED COSMETICS v. DEL LABORATORIES INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    This Court has fully considered the Special Master's Report. It appears thorough, detailed, balanced, and carefully reasoned. The Court intends to adopt the Special Master's findings and recommendations in their entirety, including his recommendation that responsibility for his fees be borne 50-50. Nevertheless, pursuant to Federal Rule of Civil Procedure 53(f), the Court hereby notifies the parties that if they wish to be heard on the "Report of Special Master to Judge A. H. Matz Re: Third Motion for Terminating Sanctions," which has been filed today, they may appear for a hearing on September 28, 2008 at 10:00 a.m. Any objection or motion to adopt or modify the report shall be filed no later than September 21, 2008.

    If a party displays bad faith or files frivolous papers in connection with any effort to overturn the Special Master's findings and recommendations, under the standards set forth in Rule 53(f), this Court will *sua sponte* issue an order to show cause why sanctions should not be imposed on that party.

                                                                                                                     :

                                                        Initials of Preparer            SMO