O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 03-4818 AHM (PLAx) | Date | September 23, 2008 |
|---|---|---|---|
| Title | CLASSIFIED COSMETICS v. DEL LABORATORIES INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

  The Court has reviewed the "Report of Special Master to Judge A. H. Matz Re: Third Motion for Terminating Sanctions." The Court thanks Special Master Eugene F. Lynch for his careful work on this matter and adopts his findings and recommendations in their entirety. Accordingly, the Court DENIES Plaintiff's Motion for Reconsideration of Terminating Sanctions.[1]

  The Court has considered "Plaintiff's Requested Modifications to the Report of the Honorable Eugene F. Lynch." The Court grants Plaintiff's first request and authorizes Plaintiff to file an application for attorney's fees and costs, as a sanction for Mr. Eichen's conduct. The Court denies Plaintiff's second request.

  Accordingly, the Court hereby ORDERS counsel for Plaintiff to file with this Court the following information, preferably in chart or table form:

(1) The number of attorneys who worked on the matter, including their names, relationships to each other (*e.g.*, partners, associates, co-counsel), and billing rates.

(2) The time and fee for each attorney with respect to each of the following categories of labor associated with bringing the first motion for terminating sanctions:

  * factual investigation;
  * legal research;

---

[1] Docket No. 514.

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 03-4818 AHM (PLAx) | Date | September 23, 2008 |
|---|---|---|---|
| Title | CLASSIFIED COSMETICS v. DEL LABORATORIES INC., *et al.* | | |

* initial drafting of briefs or pleadings;
* revisions/editing of such briefs or pleadings;
* attendance at depositions
* counseling and conferences with client
* appearances and argument in court;
* miscellaneous (specify).

Each task should contain a separate subtotal for each lawyer showing the amount of time and amount of fees attributable to that task and a total for all of the lawyers working on that task.

(3) The total amount of fees sought for work performed by more than one lawyer on a specific task (*e.g.*, second lawyer attending a hearing, attending a deposition, etc.).

(4) The total amount of all fees for which recovery is sought that were previously written off (*i.e.*, not charged to the client or, if billed, subject to an agreement that the client need not pay).

Plaintiff shall file this application by not later than October 14, 2008.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO |  |

CC: The Hon. Eugene F. Lynch